```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
KHALIL ALAWAMRI,                                                  :
                                                                  :
                                                                  :
                        Plaintiff,                                :
                                                                  :      22-cv-8966 (LJL)
        -v-                                                       :
                                                                  :      ORDER
                                                                  :
S.V.B. CORP. AND IFTIKHAR J. AHMAD,                               :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/17/2024

LEWIS J. LIMAN, United States District Judge:

      Pursuant to the Court's direction on March 18, 2024, *see* Minute Entry, March 18, 2024, parties are directed to submit to the Court by April 22, 2024, a joint letter explaining the basis for the proposed settlement and why it should be approved as fair and reasonable, with reference to the factors discussed in *Wolinsky v. Scholastic*, Inc., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012); *see also Fisher v. SD Protection Inc.*, 948 F.3d 593, 600 (2d. Cir. 2020); *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

      As directed by the Court on March 18, the letter should address any confidentiality provisions, non-disparagement provisions, or releases in the proposed settlement agreement. The letter should also address, if applicable, any attorney's fee award to plaintiff's counsel (with documentation to support the latter, if appropriate) consistent with the principles set forth in *Fisher*, 948 F.3d at 600. It is not sufficient to state the proportion of the requested attorney's fee to the overall settlement amount. Rather, the reasonableness of attorney's fees must be evaluated with reference to "adequate documentation supporting the attorneys' fees and costs," which "should normally [include] contemporaneous time records indicating, for each attorney, the date, the hours expended, and the nature of the work done." *Id.*; *see Strauss v. Little Fish Corp.*, 2020 WL 4041511, at *9 (S.D.N.Y. July 17, 2020) (discussing the requirements for adequately justifying an attorney's fee). Failure to provide the appropriate or sufficient documentation could result in the Court rejecting the proposed fee award.

      SO ORDERED.

Dated: April 17, 2024  
      New York, New York                                                         LEWIS J. LIMAN  
                                                                        United States District Judge