**Law Office of Mohammed Gangat**

675 3rd Ave, Ste 1810, NY, NY 10017
(718) 669-0714  mgangat@gangatpllc.com

**April 22, 2024**

*via ECF*
Hon. Magistrate Judge Sarah Netburn
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

**Re:**   ***Khalil Alawamri v. S.V.B. Corp., and Iftikhar J. Ahmad***
**Case No. 1:22-cv-08966-LJL**

To the Honorable Judge Netburn:

I represent plaintiff Khalil Alawamri ("Plaintiff") in the above action. I write jointly with counsel for defendants S.V.B. Corp., and Iftikhar J. Ahmad ("Defendants") to respectfully request an extension of time for the parties to submit their Settlement Agreement for court approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*

The parties are finalizing their settlement agreement and need two weeks to finalize, review, and sign the agreement. As such, we kindly request that the deadline for the parties to submit their motion for settlement approval, be extended to May 6, 2024. Defense counsel consents to this request.

As always, we thank the Court for its time and attention to this matter.

Respectfully Submitted,
Law Office of Mohammed Gangat

_____
Mohammed Gangat, Esq.

The requested extension is GRANTED.  The Court notes that approval of the Settlement Agreement is before Judge Liman, and not Judge Netburn, at this time.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

April 23, 2024