```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/02/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
KHALIL ALAWAMRI,                                                       :
:
Plaintiff,                                                             :
:                           22-cv-8966 (LJL)
-v-                                                                    :
:                           ORDER
S.V.B. CORP. AND IFTIKHAR J. AHMAD,                                    :
:
Defendants.                                                            :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a conference in this action on June 25, 2024. This Order memorializes the Court's rulings at that conference.

      For the reasons stated at the conference, the motion of Steven Coren to withdraw as counsel to Defendants S.V.B. Corp. and Iftikhar J. Ahmad is GRANTED. Dkt. No. 54. The deadline for Defendants to respond in opposition to Plaintiff's motion to enforce the settlement agreement, Dkt. No. 49, is adjourned to July 9, 2024.

      As the Court advised Defendant Ahmad at the conference, the corporate Defendant is not legally permitted to litigate the case *pro se*, and that the failure to appear by counsel may result in a default judgment entered against it. *See S.E.C. v. Research Automation Corp*, 521 F.2d 585, 589 (2d Cir. 1975) ("It is settled law that a corporation may not appear in a lawsuit against it except through an attorney, and that, where a corporation repeatedly fails to appear by counsel, a default judgment may be entered against it pursuant to Rule 55."); *see also Grace v. Bank Leumi Trust Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006), *cert denied*, 549 U.S. 1114 (2007).

      SO ORDERED.

Dated: July 2, 2024                         _____
      New York, New York                   LEWIS J. LIMAN
                                           United States District Judge